**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-7815

KAZEEM ISHOLA,

Petitioner - Appellant,

v.

ERIC H. HOLDER, JR., Attorney General; MICHAEL CHERTOFF,
Secretary of the Department of Homeland Security; CALVIN
MCCORMICK, U.S. Ice Field Office Director for the Baltimore
Field Office; WARDEN OF IMMIGRATION DETENTION FACILITY,

Respondents - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Peter J. Messitte, Senior District
Judge. (8:08-cv-01363-PJM)

Submitted: March 18, 2009          Decided: June 9, 2009

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kazeem Ishola, Appellant Pro Se. George William Maugans, III,
Special Assistant United States Attorney, Baltimore, Maryland,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kazeem Ishola appeals the district court's order dismissing as moot his 28 U.S.C. § 2241 (2006) petition seeking release from custody. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Ishola v. Holder, No. 8:08-cv-01363-PJM (D. Md. Aug. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2